**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                        **CASE NO.: 8:25-cr-425-MSS-LSG**

**JESUS EDUARDO TORRES TORRES**
                                                    /

## DEFENDANT'S UNOPPOSED MOTION
## TO CONTINUE SENTENCING

**COMES NOW**, the undersigned attorney, MICHAEL P. MADDUX, and moves without opposition to continue sentencing, pursuant to Title 18, United States Code 3161(h)(7). The grounds for this Motion are as follows:

1)      Pursuant to a Plea Agreement, Mr. Torres Torres pled guilty on January 9, 2026, to Counts One and Two of the Indictment (Doc. 91). Count One charges the Defendant with conspiracy to possess with intent to distribute five (5) kilograms or more of a substance or mixture containing a detectable amount of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and punishable under 21 U.S.C. § 960(b)(1 )(B)(ii). Count two charges the Defendant with possession with intent to distribute five (5) kilograms or more of a substance or mixture containing a detectable amount of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(l)(B)(ii).

2)      Sentencing is currently scheduled for May 26, 2026, at 10:30 A.M. (Doc. 106).

3)      Additional time to comply with Statutes allowing mitigation of the sentence is necessary.

4)      The currently assigned assistant United States Attorney, Joseph K. Ruddy, on behalf of the government does not object to the relief sought in the motion.

5)      This present motion is submitted in good faith; without any intention to cause unnecessary delay or inconvenience to any party; and prior to the date currently set for sentencing. Mr. Torres Torres is currently incarcerated in the Pinellas County Jail.

## MEMORANDUM OF LAW

"Because of the great latitude that must be afforded a trial judge in scheduling matters, a trial court has broad discretion in ruling on requests for continuances. [citation omitted]." See *United States v. Garmany*, 762 F.2d 929, 936 (11th Cir. 1985).

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant the present Motion and continue sentencing.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 0964212
2102 West Cleveland Street
Tampa, Florida 33606
Attorney for Defendant
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **11th day of May 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Michael P. Maddux*
Michael P. Maddux, Esquire

Page **2** of **2**