# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                         **Case No.:  8:25-cr-00425-MSS-LSG**

**JESUS    EDUARDO    TORRES
TORRES,**

      **Defendant,**

                            /

## ORDER

THIS CAUSE is before the Court on the Defendant's Unopposed Motion to Continue Sentencing. (Dkt. 123) The Defendant is requesting that the sentencing which is presently scheduled for May 26, 2026, be continued.

Accordingly, it is **ORDERED** as follows:

1. The Defendant's Unopposed Motion to Continue Sentencing is hereby **GRANTED**.

2. The Sentencing in this case is rescheduled to **July 7, 2026 at 9:30 AM.** Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

3.    Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, on May 12, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
U.S. Marshal Service
U.S. Probation Office
U.S. Pretrial