**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| | |
|---|---|
| CASE NO.  8:25-cr-00425-MSS-LSG | DATE:  August 4, 2026 |
| TITLE:<br><br>**UNITED STATES OF AMERICA,**<br><br>              Plaintiff,<br><br>v.<br><br>**JESUS EDUARDO TORRES TORRES,**<br><br>              Defendant, | |
| TIME:  2:02 PM – 2:40 PM | TOTAL:  38 MIN |

| | |
|---|---|
| Courtroom Deputy: Cynthia Biron | Interpreter: Laura Alton, sworn |
| Court Reporter:  David Collier | Probation: Daia Jung |
| Counsel for Government:  Lauren Stoia for Joseph Ruddy, AUSA | |
| Counsel for Defendant:  Michael Maddux, CJA | |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One and Two of the **Indictment**.

Defendant makes a statement to the Court.

Court denies Defendant's Motion for Minor Role Adjustment.

Imprisonment:  48 Months as to Count One and 48 Months as to Count Two to run concurrently, with credit for all time served since the date of interdiction on August 18, 2025.

The Court makes the following recommendations to the Bureau of Prisons:

☒Confinement at FCI Jesup, if practicable.
☒Opportunity to participate in UNICOR work
☒Educational or vocational training, to include learning English, becoming literate in Spanish, and learning skills, to include plumbing

Supervised Release: 2 YEARS as to Counts One and Two, to run concurrently

Fine is waived.

Special Assessment: $200. This obligation is to be paid immediately.

Special conditions of supervised release:

- The mandatory drug testing provisions of the Violent Crime Control Act are waived. The Court authorizes random drug testing not to exceed 104 tests per year.

- If deported by the Bureau of Immigration and Customs Enforcement, Defendant shall not re-enter the United States until allowed to do so legally.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal

Defendant advised of right to appeal and of right to counsel on appeal.

Court adjourned.